## Standard Discount Company, Inc., Appellee, v. Metropolitan Life Insurance Company, Appellant.

### Gen. No. 43,053.

opinion filed January 8, 1945; released for publication January 29, 1945. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and Melvin L. Gibbard, of counsel; Victor H. Bloom, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**